# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D17-2200

—————————————————

STATE OF FLORIDA, DEPARTMENT
OF HEALTH,

    Petitioner,

    v.

BAYFRONT HMA MEDICAL
CENTER, LLC d/b/a BAYFRONT
HEALTH-ST. PETERSBURG, and
GALENCARE, INC. d/b/a
NORTHSIDE HOSPITAL,

    Respondents.

—————————————————

Petition for Writ of Prohibition—Original Jurisdiction.

January 2, 2018

PER CURIAM.

    DISMISSED.

LEWIS, MAKAR, and OSTERHAUS, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

William Dean Hall, III, Marc W. Dunbar, and Daniel R. Russell, Jones Walker LLP, Tallahassee, for Petitioner.

Geoffrey D. Smith, Timothy B. Elliott, and Corinne T. Porcher, Smith & Associates, Tallahassee, for Respondent, Bayfront Health – St. Petersburg.